# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARAN, INCORPORATED** and **GARAN SERVICES CORPORATION**,<br><br>    Plaintiffs,<br><br>  v.<br><br>**MANIMAL, LLC**,<br><br>    Defendant. | Case No. 3:20-cv-00623-IM<br><br>**JUDGMENT** |

Based on this Court's Order, ECF 85, granting the parties' Stipulated Motion to Dismiss, ECF 84, dismissing the Second, Third, and Fourth Claims for Relief with prejudice, and dismissing the Fifth Claim for Relief without Prejudice, **IT IS ADJUDGED** that this case is DISMISSED.

DATED this 7thth day of April, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge